IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-00215-KS

| | |
|---|---|
| ANGELA F. CARROLL, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, )<br>  Acting Commissioner of )<br>  Social Security, )<br>)<br>Defendant. )<br>_____) | ORDER |

Upon consideration of the Commissioner's unopposed Motion to Appear by Videoconference for the hearing scheduled on October 31, 2018, at 11:45 AM, it is hereby ORDERED that the Motion is GRANTED.

SO ORDERED, this __20th__ day of September 2018.

_____
KIMBERLY A. SWANK
United States Magistrate Judge