UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA F. CARROLL, ) | |
|     Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | No. 7:17-CV-215-KS |
| NANCY A. BERRYHILL, ) | |
| *Acting Commissioner of Social Security* ) | |
| *Administration*, ) | |
|     Defendant. ) | |
| ) | |

**DECISION BY THE COURT.**

**IT IS ORDERED, ADJUDGED AND DECREED** the court denies the Plaintiff's Motion for Judgment on the Pleadings [DE-23], grants the Defendant's Motion for Judgment on the Pleadings [DE-27] and AFFIRMS the Commissioner's decision.

This judgment filed and entered on 2/26/2019, *with electronic service* upon the following:

Jonathan Miller
*Plaintiff's counsel*

Elisa Donahoe
Wanda Mason
*Defendant's counsel*

                                                **PETER A. MOORE, JR.**
                                                CLERK, U.S. DISTRICT COURT

February 26, 2019                                /s/ *Shelia D. Foell*
                                                      Deputy Clerk of Court